IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RONALD MASCARENA,<br><br>Petitioner,<br><br>vs.<br><br>CPT. NIEDER; TOM FULTON; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Cause No. CV 20-10-BLG-SPW-TJC<br><br>FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

On February 19, 2020, Ronald Macarena filed this application for writ of habeas corpus under 28 U.S.C. § 2254. It appears that on February 28, 2020, Mascarena was released from custody. Despite being advised of the need to immediately update the Court regarding any change in his mailing address, see e.g. (Docs. 1 at 8-9; 3 at 2; 5 at 2), Mascarena failed to do so. Two items were returned to the Court as "undeliverable." (Docs. 6, 8).[1]

Mascarena was directed to provide this Court with an updated address and advised that a failure to respond to this Court's Order in a timely fashion would result in a recommendation that his petition be dismissed. (Doc. 11.) Mascarena was given until April 24, 2020, to respond. *Id.*

---

[1] These items were then re-mailed to Mascarena at the Billings Parole and Probation Office provided on the Montana Department of Corrections website and were not returned.

1

The deadline for Mascarena's response has passed. There is no indication that Mascarena did not receive this Court's April 7, 2020 Order.

Based on the foregoing, the Court enters the following:

## RECOMMENDATION

1. Mascarena's petition (Doc. 1) should be DISMISSED.

2. The Clerk of Court should be directed to enter, by separate document, a judgment of dismissal.

3. A certificate of appealability should be DENIED.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Mascarena may object to this Findings and Recommendation within 14 days. 28 U.S.C. § 636(b)(1). Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

<u>Mascarena must immediately notify the Court of any change in his mailing address</u> by filing a "Notice of Change of Address." Failure to do so may result in dismissal of this action without notice to him.

DATED this 5th day of May, 2020.

/s/ Timothy J. Cavan
Timothy J. Cavan
United States Magistrate Judge